XIANG LI, Appellant, v MORRISVILLE STATE COLLEGE et al., Respondents.

Decided January 9, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MAHMOOD YOONESSI, Appellant, v JOHN KING et al., Respondents.

Decided January 9, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.